# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5202**                        **September Term, 2023**

**1:23-cv-00613-TJK**

**Filed On: December 6, 2023** [2030132]

David Johnston,

       Appellant

    v.

National Security Agency, et al.,

       Appellees

## O R D E R

By order filed September 13, 2023, appellant was directed to file their brief and appendix by October 23, 2023. To date, no brief has been received from appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by January 22, 2024.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                              BY:     /s/
                                                 Laura M. Morgan
                                                 Deputy Clerk